UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| In re:<br><br>Christopher Robinson<br>    Debtor<br><br>NewRez LLC d/b/a Shellpoint Mortgage Servicing as servicer for New Residential Mortgage LLC<br>    Movant<br>v.<br>Christopher Robinson<br>    Debtor/Respondent<br><br>WILLIAM C. MILLER, Esquire<br>    Trustee/Respondent | Bankruptcy No. 18-15282-mdc<br><br>Chapter 13<br><br>Hearing Date: March 3, 2020<br>Hearing Time: 10:30 a.m.<br>Location: Courtroom #2, 900 Market Street, Suite 400<br>Philadelphia, PA 19107 |

## ORDER OF COURT

AND NOW, this 3rd day of March, 2020, upon consideration of NewRez LLC d/b/a Shellpoint Mortgage Servicing as servicer for New Residential Mortgage LLC's Motion for Relief from Automatic Stay, pursuant to 11 U.S.C. § 362(d) and 11 U.S.C. § 1301, any response thereto and that it is not necessary for an effective reorganization, it is hereby

ORDERED, that the automatic stay provisions of Section 362 of the Bankruptcy Code are hereby terminated with respect to NewRez LLC d/b/a Shellpoint Mortgage Servicing as servicer for New Residential Mortgage LLC; and it is further

ORDERED, that NewRez LLC d/b/a Shellpoint Mortgage Servicing as servicer for New Residential Mortgage LLC, its successors and/or assignees be entitled to proceed with appropriate state court remedies against the property located at 6 Cobalt Ridge Dr E, Levittown, PA 19057, including, but not limited to, a sheriff's sale of the property, and it is further

[handwritten insertion: as provided for under the terms of the mortgage/loan documents]

ORDERED that NewRez LLC d/b/a Shellpoint Mortgage Servicing as servicer for New Residential Mortgage LLC's request to waive the 14-day stay period pursuant to Fed.R.Bankr.P. 4001(a)(3) is granted.

BY THE COURT

*Magdeline D. C———*
Magdeline D. Coleman
Chief U.S. Bankruptcy Judge